IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DICKEY, INC.,

Plaintiff,

vs.

McLANAHAN TOWING, INC., et al.,

Defendants.                                       Case No. 13-cv-1095-DRH

## ORDER

Having been advised by U.S. Magistrate Judge Donald G. Wilkerson that the above action has been settled, but that additional time is needed to consummate settlement, the Court **DIRECTS** the Clerk of the Court to enter judgment of dismissal, with prejudice and without costs, 60 days from the date of this Order. Should the parties fail to consummate settlement within 60 days, they may petition the Court to delay entry of judgment until a later date.

In light of the settlement, the Court **DENIES** all motions pending in this case as moot and **VACATES** all court dates in this case.

**IT IS SO ORDERED.**

February 18, 2015.

Digitally signed by
David R. Herndon
Date: 2015.02.18
16:13:59 -06'00'

**U.S. DISTRICT JUDGE**