UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

DICKEY, INC.,

    Plaintiffs,

v.

MCLANAHAN TOWING, INC., et al,

    Defendant.                                        No. 13-cv-1095-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on the Stipulation of Dismissal executed by plaintiffs and defendant.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order Dismissing Case (Doc. 31), entered on April 23, 2015, this case is **DISMISSED** with prejudice.

                                      JUSTINE FLANAGAN,
                                      ACTING CLERK OF COURT

                                      BY:     /s/*Caitlin Fischer*
                                                    **Deputy Clerk**

Dated:   April 26, 2015

Digitally signed by David R. Herndon
Date: 2015.04.26 09:51:52 -05'00'

APPROVED:
          U.S. DISTRICT JUDGE
          U. S. DISTRICT COURT